05-31-17;12:09PM; ;CRIMINAL CLERK ; # 1/ 2

TCR:TCR
AO 442 (Rev. 11/11) Arrest Warrant

2015R00049

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JOHN KELSEY GAMMELL

Case No. 17-MJ-368 FLN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHN KELSEY GAMMELL,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _x_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

### COUNT ONE
(Intentional Damage to a Protected Computer)

From on or about July 30, 2015 through in or about September 2016, in the State and District of Minnesota and elsewhere, the defendant, JOHN KELSEY GAMMELL, did knowingly cause and aid and abet the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage, without authorization, to a protected computer within the District of Minnesota, and the offense caused loss to one or more persons of at least $5,000 in aggregated value during one year.

Date: 4/14/17

_____
Issuing officer's signature

City and State: Minneapolis, MN

FRANKLIN L. NOEL, U.S. Magistrate Judge
Printed Name and Title

### Return

This warrant was received on *(date)* 04/14/2017, and the person was arrested on *(date)* 05/31/2017
at *(city and state)* Wheat Ridge, CO

Date: 05/31/2017

_____
Arresting officer's signature

Special Agent Brian Behm
Printed name and title