TCR:TCR
AO 442 (Rev. 11/11) Arrest Warrant                                                                                        2015R00049

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 MAY 31 PM 4: 37
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 17-MJ-368 FLN |
| JOHN KELSEY GAMMELL | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JOHN KELSEY GAMMELL,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _x_ Complaint

___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

### COUNT ONE
(Intentional Damage to a Protected Computer)

From on or about July 30, 2015 through in or about September 2016, in the State and District of Minnesota and elsewhere, the defendant, JOHN KELSEY GAMMELL, did knowingly cause and aid and abet the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage, without authorization, to a protected computer within the District of Minnesota, and the offense caused loss to one or more persons of at least $5,000 in aggregated value during one year.

Date: 4/14/17

_Issuing officer's signature_

City and State: Minneapolis, MN          FRANKLIN L. NOEL, U.S. Magistrate Judge
                                          _Printed Name and Title_

---

### Return

This warrant was received on *(date)* 04/14/2017, and the person was arrested on *(date)* 05/31/2017
at *(city and state)* Wheat Ridge, CO

Date: 05/31/2017

_Arresting officer's signature_

Special Agent Brian Behm
_Printed name and title_