IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:17-mj-01101-CBS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

1.  **JOHN KELSEY GAMMELL,**

**Defendant.**

---

**GOVERNMENT'S MOTION
TO CONTINUE PROBABLE CAUSE AND DETENTION HEARING**

---

The United States of America, by and through Robert C. Troyer, Acting United States Attorney for the District of Colorado, and Julia Martinez, Assistant United States Attorney, hereby respectfully moves to continue the probable cause and detention hearing currently set for 10 a.m. on June 5, 2017, to 2 p.m. that same day.  The government attempted to contact the Federal Public Defender whom the government understands will be handling the hearing, Robert Pepin, Esq., to obtain his position on this motion but was unable to reach him.

As the Court is aware, the defendant is charged in a criminal complaint obtained in the District of Minnesota, Case No. 17-MJ-368-FLN.  The government has communicated with the Assistant United States Attorney who is handling the case in Minnesota and understands that the probable cause portion of the hearing currently set for 10 a.m. on June 5, 2017, will likely be unnecessary should the hearing occur in the afternoon rather than in the morning.  In the interest of conserving government and court resources, and because a four-hour delay will cause minimal prejudice to the defendant, the government submits that a short continuance is appropriate.

Accordingly, the government respectfully moves this Court to enter an Order resetting the hearing currently scheduled before this Court to Monday, June 5, 2017, at 2 p.m., or the earliest available time thereafter.

Respectfully submitted this 2nd day of June 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> *s/Julia Martinez*
> JULIA MARTINEZ
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> (303) 454-0100
> (303) 454-0409 Fax
> Email: Julia.Martinez@usdoj.gov
> Attorney for the Government

CERTIFICATE OF SERVICE

      I certify that on the 2nd day of June 2017, a true and correct copy of the foregoing was served via ECF filing to the following counsel of record:

      _____
Julia Martinez
U.S. Attorney's Office